LOUIS J. SKINITZERO, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued March 1, 1949; decided April 14, 1949.

*Marcus Klein* and *Benjamin A. Hartstein* for appellant.

*John P. McGrath, Corporation Counsel* (*Joseph F. Mulqueen, Jr.,* and *Seymour B. Quel* of counsel), for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.